FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10/16/2024
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.        1:24-cv-01833-RTG-STV

Anne Fitzsimmons,

Plaintiff

v.

Michael O'Hara, individually,

Defendant

Michael O'Hara, under color of law in his official capacity as Chief Judge of the 14th Judicial

District,

Defendant

_____

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

_____

Here comes now the Plaintiff, Anne Fitzsimmons, who without the benefit of counsel, requests the Court deny the Defendant's Motion to for Extension of Time to File Reply in Support of Motion to Dismiss. The Plaintiff's reasons are reflected in the email conferral [29] Exhibit A, and comprise the following responses to the statements made by the Defendant in his [29] Motion.

- 2. Plaintiff challenges (false) statements of fact made by Judge O'Hara about Plaintiff's property rights, within an appellate order entered by the Defendant in a criminal appeal to which the Plaintiff was not a party. It is completely irrelevant who was charged and convicted or, to the Plaintiff, whether the whole order stands or falls. The problem is the (false) statement of facts made by Judge O'Hara regarding Plaintiff's property, statements which materially deny her her property rights (without due process) and cancel her standing as a party to a civil contract.

- 3. -

- 4. -

5. The Plaintiff must email her filings to ProSe Filing Cod <cod_prose_filing@cod.uscourts.gov>, as she did on time on Friday, September 27, 2024. Plaintiff's filing showed up in Pacer, because of a procedure internal to ProSe Filing Cod. Plaintiff filed an Amended Response to Motion to Dismiss on October 1, 2024, which is the same filing, but includes exhibit numbers. With Plaintiff's original complaint, filed via <cod_prose_filing@cod.uscourts.gov> on July 1, 2024, she included the corresponding numbered and described exhibits. ProSe Filing COD uploaded the exhibits to PACER without the exhibits' corresponding numbers and brief descriptions. Consequently, Plaintiff is concerned that her initial complaint and exhibits in PACER may not be readily understandable.

## CONCLUSION

WHEREFORE, Plaintiff, Anne Fitzsimmons, without the benefit of counsel, respectfully requests that this Court deny any extension of time, for the Defendant to file his reply in support of his motion to dismiss.

Respectfully submitted and dated at Nuremberg, Germany and provided by email to the Defendant's counsel and the pro-se filing team, on the 16th day of October, 2024, before 16:00 Mountain Time.

/s/ Anne Fitzsimmons

Anne Fitzsimmons
(unrepresented party)

Kleestrasse 16, 90461
Nürnberg,
GERMANY

Phone. +49 172 887 6387
annefitzw@icloud.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of October 2024, I emailed the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS to the Pro Se filing team for filing and that I have served a copy of the same via email to the Defendant's counsel as show below:

- ProSe Filing: cod_prose_filing@cod.uscourts.gov
- Emily B. Buckley, 43002*
- Dmitry B. Vilner, 43704*
  Senior Assistant Attorneys General,
  Attorneys for Defendant

                                              s/ Anne Fitzsimmons_____
                                              Anne Fitzsimmons, Pro Se Plaintiff